# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. LEAHY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>GARCES RESTAURANT GROUP LLC, *et al*<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 17-00968 |

**PAPPERT, J.**                         May 17, 2018

## MEMORANDUM

Michele Leahy, represented by Disability Rights Pennsylvania, sued Garces Restaurant Group, LLC, 2401 Walnut Café, LLC, 2401 Walnut, LP, and Bedrock Group, Inc. for violations of the American with Disabilities Act. (Compl., ECF No. 1.) The parties resolved the litigation via a Consent Decree which the Court approved on October 25, 2017. They were unable, however, to agree on the amount of reasonable attorneys' fees owed to Leahy's lawyers under the ADA's fee shifting provision.[1] (Consent Decree, ECF No. 39.) Defendants acknowledge that Leahy is the prevailing party and that the hourly rates for Leahy's attorneys are reasonable, but contend that the number of hours DRP attorneys worked on the case were excessive. DRP filed its Motion for Attorneys' Fees (Mot., ECF No. 43), to which the Defendants objected (Def. Resp. in Opp., ECF No. 44) and DRP replied (ECF No. 46). After reviewing the Motion,

---

[1]    Under ¶ 8.1 of the Consent Decree, only 2401 Walnut Café, LLC, 2401 Walnut, LP, and Bedrock Group, Inc. (collectively "Defendants"), not Garces Restaurant Group, LLC, are responsible for the fees, expenses, and costs.

1

Response, Reply and all time sheets provided by DRP, the Court grants the Motion in part and denies it in part for the reasons explained below.

I

In the fall of 2016, Leahy learned that a new restaurant, 24 Wood Fired Fare, would be opening at 24th and Walnut Streets in Philadelphia. (Compl. ¶ 21.) Leahy uses a wheelchair for mobility and often dines out for personal and professional reasons. (*Id.* ¶¶ 11, 18-19.) She was concerned about the restaurant's accessibility and contacted DRP. (*Id.* ¶¶ 21-22.) DRP is a non-profit corporation "designated as the federally-mandated protection and advocacy agency in Pennsylvania." *Who We Are,* Disability Rights Pennsylvania, https://www.disabilityrightspa.org/who-we-are/ (last visited May 12, 2018). Specifically, DRP protects and advances the rights of people with disabilities, including litigating ADA compliance issues. *Id.*

DRP attorneys sent the Defendants a September 26, 2016 letter describing the various ADA compliance issues that were visible from outside the restaurant. (Mot., Ex. A ("Haubert Declaration") ¶ 3.) In response, Charles Block, a representative of the 2401 Defendants, contacted DRP attorney Dynah Haubert in early October 2016. (*Id.* ¶ 4.) Haubert sent Block a list of questions concerning the restaurant's accessibility and Block invited DRP to tour the restaurant and make suggestions that would address DRP's concerns. (*Id.* ¶ 5.) Haubert and Jamie Ray-Leonetti, another DRP attorney, visited the restaurant on October 21, 2016 and identified issues concerning the entryway on Walnut Street, signage, and the entrance at 24th and Sansom Streets. (*Id.* ¶ 6.) Over the next few months, the parties attempted to resolve the ADA

compliance concerns but were unable to do so and DRP filed a one-count Complaint on Leahy's behalf on March 2, 2017. (ECF No. 1.)

In her Complaint, Leahy asserted that the restaurant violated the ADA because it lacked adequate ramps from the Walnut Street sidewalk to the patio and from the sidewalk to the Sansom Street entrance. She also alleged that there were not enough accessible parking spaces in the nearby parking lot. (Compl. ¶¶ 62-63, 72.) After several stipulations between the parties to extend the Defendants' time to respond to the Complaint, the Court ordered the Defendants to respond and the parties to exchange Rule 26(f) disclosures on or before May 26, 2017. (May 5 Order, ECF No. 16.) The Court referred the case to Magistrate Judge Elizabeth T. Hey for settlement discussions (Scheduling Order, ECF No. 24) and the parties participated in settlement conferences with Judge Hey on June 29, July 7, July 31, August 23, September 28 and October 13 (Minute Entries, ECF Nos. 25, 27, 30, 33, 35, 37).

The negotiations eventually resulted in the twelve-page Consent Decree pursuant to which the Defendants agreed to make the modifications necessary to ensure the restaurant's accessibility under the ADA. The modifications include the construction of a ramp from the sidewalk to the Walnut Street patio, ongoing maintenance of the Sansom Street ramp, the designation of accessible parking spots and the adjustment of bathroom doors to require less than five pounds of force to open. (Consent Decree ¶¶ 3-5.)

During a telephone conference on October 17, 2017 with the Court, the parties stated that they were "far apart" in their attorneys' fees negotiations. The Court conducted a subsequent telephone conference on December 18, 2017 where the parties

informed the Court that they were still unable to resolve the matter without Court intervention. Plaintiff's attorneys then filed this Motion.

II

The ADA provides that a court may allow the prevailing party to recover "a reasonable attorney's fee, including litigation expenses, and costs." 42 U.S.C. § 12205. A plaintiff is a "prevailing party" if "they succeed on any significant issue in litigation which achieves some of the benefit the [party] sought in bringing suit." *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). In statutory fee shifting cases, the party seeking fees has the burden to prove its request is reasonable and can meet its burden by submitting "evidence supporting the hours worked and the rates claimed." *Rode v. Dellarciprete*, 892 F.2d 1177, 1183 (3d Cir. 1990). The Court multiples the hourly rate by the number of hours to obtain the lodestar, which is presumed to be the reasonable fee, *id.,* and the Court "may not award less in fees than requested unless the opposing party makes specific objections to the fee request," *United States v. Eleven Vehicles, Their Equipment and Accessories*, 200 F.3d 203, 212 (3d Cir. 2000).

The party opposing the fee award "has the burden to challenge, by affidavit or brief with sufficient specificity to give fee applicants notice, the reasonableness of the requested fee." *Rode,* 892 F.2d at 1183. The party does not need to challenge specific time entries but must "identify the type of work being challenged" and "specifically state [the] grounds for contending that the hours claimed in that area are unreasonable." *Bell v. United Princeton Properties, Inc.*, 884 F.2d 713, 720 (3d Cir. 1989). "Hours are not reasonably expended if they are excessive, redundant, or otherwise unnecessary." *Rode,* 892 F.2d at 1183. Although the Court cannot decrease

the fee award based on factors not raised by the adverse party, it has "a great deal of discretion in deciding what a reasonable fee award is, so long as the reduction is based on objections actually raised by the adverse party." *Bell*, 884 F.2d at 721. In light of objections, the Court "will inevitably be required to engage in a fair amount of judgment calling based upon its experience with the case and its general experience as to how much time a case requires." *Id*.

III

A

DRP submitted time sheets indicating the amount of time spent on each task throughout the litigation. DRP seeks $53,138 for 216.5 hours of work and $1,245 for litigation expenses and costs. Again, there is no dispute that Leahy is a "prevailing party" and the Defendants do not object to the litigation expenses and costs or the hourly rates charged.[2] While the Defendants take issue with virtually all aspects of DRP's bills, the Court can address only those fees to which the Defendants have objected with the requisite specificity.

As often happens, the parties blame each other in a number of ways for the protracted nature of the dispute. Defendants first contend that the fees should be reduced because they only paid their lawyers $10,470 to resolve the case. (Def. Resp. in Opp. at 7.) Their attorneys' decision to work fewer hours (or charge their clients for less time than they worked) does not in and of itself make the amount of time that DRP lawyers spent unreasonable. *See Harlan v. NRA Grp., LLC*, No. 10-0324, 2011 WL

---

[2] The attorneys' rates per hour are as follows: Shanon Levin ($355), Kelly Darr ($355), Jamie Ray-Leonetti ($335), Rocco Iacullo ($305), Dynah Haubert ($200). (Mot., at 8.)

5

813961, at *1 (E.D. Pa. Mar. 2, 2011). Further, this objection does not identify the type of work being challenged.

They next contend that the hours overall are unreasonable because DRP should not have filed a Complaint, something Defendants contend was unnecessary. (Def. Resp. in Opp. at 3, 8.) Although the parties worked to resolve Leahy's concerns both before and after she filed the Complaint, the pleading was certainly not frivolous. Defendants agreed to make certain modifications that were specified in the Complaint and prior negotiations certainly do not foreclose a plaintiff's right to file a Complaint.

B

Defendants also object to the amount of time spent on discovery related work. (Def. Resp. in Opp. at 8, 11 n.8.) DRP served requests for admission, interrogatories, and document requests to all Defendants. *See* (Appendix A). Defendants contend that much of the discovery was unnecessary because most of it "related to matters not in dispute." (Def. Resp. in Opp. at 9.) They argue further that the amount of time spent was "absurdly excessive" since there were no motions filed, no depositions taken, and they did not serve any discovery requests on Leahy. (*Id.* at 11 n.8, 8.) While Defendants contend that DRP spent 103 hours on discovery related work (*id.* at 11 n.8), DRP claims it spent 34.2 hours on those tasks (Reply, at 4). The Court reviewed the time sheets DRP submitted and attributes 45.3 hours to discovery. *See* (Appendix A).

The Complaint and Consent Decree demonstrate that the necessary modifications to the restaurant were seemingly obvious and few in number. Time expended drafting a "discovery plan" was excessive and the Court reduces that time

from 3.3 to 2.1 hours. (Entries 116, 145).[3] DRP attorneys seek payment for 8.1 hours of work on the Rule 26(f) report, preparing for the Rule 16 conference, and conferring with each other about the conference, an excessive amount of time which the Court reduces by 2.6 hours. The lawyers also charge an excessive amount of time for drafting and revising discovery requests; the case was small in scope and the parties were at all relevant times actively negotiating a resolution. The Court reduces that time by 12.7 hours. (Entries 183-189.) Defendants correctly point out that there was not much "of real substance" that took place after the Complaint was filed. Defendants propounded no discovery, there were no depositions taken or motions filed, and the dispute was very narrow in scope. The Court accordingly reduces the total amount of time spent on discovery related work by 18.6 hours. *See* (Appendix A).

C

In their fourth objection, Defendants contend that DRP spent an excessive amount of time working on the Complaint. (Def. Resp. in Opp. at 11 n.8.) Defendants assert that DRP spent 64.8 hours on such work (*id.*) while DRP contends that it seeks payment for 29.8 hours (Reply, at 4). The Court concludes that DRP spent 41.2 hours on Complaint related work. *See* (Appendix A). This includes time spent researching and visiting the restaurant and drafting and editing the Complaint.

Defendants object to the excessive time spent on such work since the case is a simple one. (Def. Resp. in Opp. at 11 n.8.) Leahy's Complaint asserts one count under the ADA contending that a restaurant was not accessible to those like her who need a wheelchair for mobility. While such concerns are undoubtedly important, the nature of this dispute was far from complex. DRP is designated as the federally-mandated

---

[3] All entries are listed on Appendix A.

7

protection advocacy program in Pennsylvania and it routinely litigates ADA compliance issues. Further, the barriers at the restaurant were minimal. The Court reduces the amount of time spent drafting the Complaint from 10.8 to 4.0 hours (Entries 39, 45, 47, 51) and the amount of time spent editing the pleading from 11 to 3 hours (Entries 52-55, 57, 59, 60). In sum, the Court reduces the total amount of Complaint related work by 16.6 hours. *See* (Appendix A).

IV

The Court reduces those aspects of DRP's request to which the Defendants objected by 35.2 hours and approves 181.3 hours of time reasonably spent on the case for a total $43,203 in attorneys' fees and $1,245 in costs.

An appropriate Order follows.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

| | | | **Appendix A - Reasonable Attorneys' Fees** | | | | | |
|---|---|---|---|---|---|---|---|---|
| Entry | Date | Provided By | Description | Hours Claimed | Hours Revised | Rate | Subtotal | Category |
| 1 | 9/16/2016 | Dynah Haubert | Research and draft letter to Garces Group re: ADA violations at 2401 Walnut | 2.4 | 2.4 | $ 200 | $ 480.00 | Complaint |
| 2 | 9/19/2016 | Dynah Haubert | Research and draft letter to Garces Group re: ADA violations at 2401 Walnut | 1.2 | 1.2 | $ 200 | $ 240.00 | Complaint |
| 3 | 9/19/2016 | Jamie Ray-Leonetti | research on restaurant | 0.5 | 0.5 | $ 335 | $ 167.50 | Complaint |
| 4 | 9/20/2016 | Dynah Haubert | Research and draft letter to Garces Group re: ADA violations at 2401 Walnut | 1.1 | 1.1 | $ 200 | $ 220.00 | Complaint |
| 5 | 9/20/2016 | Jamie Ray-Leonetti | review and revise Garces letter | 0.5 | 0.5 | $ 335 | $ 167.50 | |
| 6 | 9/21/2016 | Dynah Haubert | Edit letter to Garces Group re: ADA violations at 2401 Walnut | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 7 | 9/21/2016 | Dynah Haubert | Discussion with JRL on letter | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 8 | 9/21/2016 | Jamie Ray-Leonetti | discussion with Dynah on letter | 0.3 | 0.3 | $ 335 | $ 100.50 | |
| 9 | 9/21/2016 | Jamie Ray-Leonetti | discussion with Rocco on letter | 0.2 | 0.2 | $ 335 | $ 67.00 | |
| 10 | 9/21/2016 | Rocco Iacullo | Discussion with JRL on letter | 0.2 | 0.2 | $ 305 | $ 61.00 | |
| 11 | 9/22/2016 | Dynah Haubert | Final edits to letter re ADA violations at 2401 | 0.7 | 0.7 | $ 200 | $ 140.00 | |
| 12 | 10/4/2016 | Dynah Haubert | TC w/ Charles Block from 2401 Walnut re: restaurant entrance | 0.2 | 0.2 | $ 200 | $ 40.00 | Complaint |
| 13 | 10/6/2016 | Jamie Ray-Leonetti | meet with KD about Garces follow up | 0.5 | 0.5 | $ 335 | $ 167.50 | Complaint |
| 14 | 10/6/2016 | Kelly Darr | Meet wth JRL re Garces next steps | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 15 | 10/6/2016 | Jamie Ray-Leonetti | TC with building owner about plans | 0.3 | 0.3 | $ 335 | $ 100.50 | Complaint |
| 16 | 10/11/2016 | Jamie Ray-Leonetti | emails with building owner about plans | 0.2 | 0.2 | $ 335 | $ 67.00 | Complaint |
| 17 | 10/18/2016 | Jamie Ray-Leonetti | internet research re: Garces, 2401 | 1 | 1 | $ 335 | $ 335.00 | Complaint |
| 18 | 10/19/2016 | Jamie Ray-Leonetti | mtg with KD and DH re site visit | 0.5 | 0.5 | $ 335 | $ 167.50 | |
| 19 | 10/19/2016 | Kelly Darr | Meet w/ JRL & DH re site visit | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 20 | 10/19/2016 | Dynah Haubert | Meet w/ KD & JRL re site visit (.5); meet w/ JRL re same (.5) | 1 | 1 | $ 200 | $ 200.00 | |
| 21 | 10/19/2016 | Jamie Ray-Leonetti | call with C Block and follow up with DH for site visit | 1 | 1 | $ 335 | $ 335.00 | |
| 22 | 10/20/2016 | Dynah Haubert | Drafted checklist for site visit to 2401 Walnut | 0.9 | 0.9 | $ 200 | $ 180.00 | |
| 23 | 10/21/2016 | Dynah Haubert | Visited 24 (.6 travel to 24; .7 conduct site visit/meet with Rob Esplen and mgr Natasha; .3 travel back from 24) | 1.6 | 1.6 | $ 200 | $ 320.00 | Complaint |
| 24 | 10/21/2016 | Dynah Haubert | Wrote up notes from visit to 24 | 1.4 | 1.4 | $ 200 | $ 280.00 | Complaint |
| 25 | 10/26/2016 | Dynah Haubert | Review Jamie's additions to site visit notes | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 26 | 10/28/2016 | Dynah Haubert | Met with legal director to discuss site visit and next steps | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 27 | 10/28/2016 | Kelly Darr | Meet w/ DH re site visit, next steps | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 28 | 11/1/2016 | Dynah Haubert | Reviewed correspondence to prep for call to C. Block; LVM for him | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 29 | 11/1/2016 | Dynah Haubert | Emailed JRL about C. Block's ? about signage | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 30 | 11/2/2016 | Dynah Haubert | Researched ADA's signage requirements and drafted reply to C. Block re same | 1.2 | 1.2 | $ 200 | $ 240.00 | Complaint |
| 31 | 11/3/2016 | Dynah Haubert | Meeting with JRL re site visit followup | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 32 | 11/3/2016 | Jamie Ray-Leonetti | mtg with Dynah re follow up from site visit | 0.5 | 0.5 | $ 335 | $ 167.50 | |
| 33 | 11/4/2016 | Dynah Haubert | Met with JRL to discuss response to R. Esplen email | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 34 | 11/4/2016 | Jamie Ray-Leonetti | Met with DH to discuss response to R. Esplen email | 0.2 | 0.2 | $ 335 | $ 67.00 | |
| 35 | 11/7/2016 | Dynah Haubert | Met w/ client and JRL & discussed next steps | 1 | 1 | $ 200 | $ 200.00 | |
| 36 | 11/7/2016 | Jamie Ray-Leonetti | mtg with Dynah and client | 1 | 1 | $ 335 | $ 335.00 | |
| 37 | 11/22/2016 | Dynah Haubert | TC w/ M. Leahy re: her visit to 24 | 0.4 | 0.4 | $ 200 | $ 80.00 | Complaint |
| 38 | 11/22/2016 | Jamie Ray-Leonetti | phone call with client re: her visit to 24 | 0.4 | 0 | $ 335 | $ - | Complaint |
| 39 | 12/2/2016 | Jamie Ray-Leonetti | draft portions of complaint | 2 | 0 | $ 335 | $ - | Complaint |
| 40 | 12/6/2016 | Dynah Haubert | Drafted complaint | 0.6 | 0.6 | $ 200 | $ 120.00 | Complaint |

| # | Date | Name | Description | Hours | Billed | Rate | Amount | Category |
|---|---|---|---|---|---|---|---|---|
| 41 | 12/7/2016 | Dynah Haubert | Drafted complaint | 2.9 | 2.9 | $ 200 | $ 580.00 | Complaint |
| 42 | 12/13/2016 | Jamie Ray-Leonetti | T/C with client | 0.3 | 0.3 | $ 335 | $ 100.50 | |
| 43 | 12/14/2016 | Jamie Ray-Leonetti | Research - new construction claims | 1 | 1 | $ 335 | $ 335.00 | Complaint |
| 44 | 12/16/2016 | Dynah Haubert | Drafted claims section of complaint | 0.5 | 0.5 | $ 200 | $ 100.00 | Complaint |
| 45 | 1/9/2017 | Dynah Haubert | Drafted sections of complaint | 0.8 | 0 | $ 200 | $ - | Complaint |
| 46 | 1/9/2017 | Dynah Haubert | Researched identities of proper defendants | 0.9 | 0.9 | $ 200 | $ 180.00 | Complaint |
| 47 | 1/24/2017 | Jamie Ray-Leonetti | drafting complaint | 2 | 0 | $ 335 | $ - | Complaint |
| 48 | 1/25/2017 | Dynah Haubert | Discussion with JRL re: existing alteration | 0.4 | 0.4 | $ 200 | $ 80.00 | Complaint |
| 49 | 1/25/2017 | Jamie Ray-Leonetti | discussion with Dynah- existing alteration | 0.4 | 0 | $ 335 | $ - | Complaint |
| 50 | 1/25/2017 | Jamie Ray-Leonetti | Dynah - emails | 0.2 | 0.2 | $ 335 | $ 67.00 | |
| 51 | 1/26/2017 | Jamie Ray-Leonetti | complaint - draft and revise facts | 2 | 0 | $ 335 | $ - | Complaint |
| 52 | 1/30/2017 | Dynah Haubert | Edit complaint | 3 | 2 | $ 200 | $ 400.00 | Complaint |
| 53 | 1/31/2017 | Jamie Ray-Leonetti | Garces complaint | 3 | 0 | $ 335 | $ - | Complaint |
| 54 | 2/2/2017 | Dynah Haubert | Edited complaint | 1.3 | 0 | $ 200 | $ - | Complaint |
| 55 | 2/3/2017 | Jamie Ray-Leonetti | revisions to complaint | 2 | 1 | $ 335 | $ 335.00 | Complaint |
| 56 | 2/10/2017 | Jamie Ray-Leonetti | meet with Kelly re- complaint | 1 | 1 | $ 335 | $ 335.00 | Complaint |
| 57 | 2/10/2017 | Kelly Darr | Meet with JRL re: complaint | 1 | 0 | $ 355 | $ - | Complaint |
| 58 | 2/14/2017 | Jamie Ray-Leonetti | T/C with client | 0.5 | 0.5 | $ 335 | $ 167.50 | |
| 59 | 2/27/2017 | Kelly Darr | Review and revise complaint | 0.7 | 0 | $ 355 | $ - | Complaint |
| 60 | 3/1/2017 | Jamie Ray-Leonetti | edit and review complaint with cl | 1 | 0 | $ 335 | $ - | Complaint |
| 61 | 3/1/2017 | Jamie Ray-Leonetti | prep complaint to file | 0.5 | 0.5 | $ 335 | $ 167.50 | Complaint |
| 62 | 3/2/2017 | Jamie Ray-Leonetti | additional cover sheets etc. to file | 0.3 | 0.3 | $ 335 | $ 100.50 | Complaint |
| 63 | 3/6/6017 | Jamie Ray-Leonetti | issues regarding service of process with JA | 1 | 1 | $ 335 | $ 335.00 | Complaint |
| 64 | 3/7/2017 | Jamie Ray-Leonetti | call with client - update | 0.4 | 0.4 | $ 335 | $ 134.00 | |
| 65 | 3/8/2017 | Shanon Levin | Review file | 1 | 1 | $ 355 | $ 355.00 | |
| 66 | 3/9/2017 | Dynah Haubert | File and task review meeting with S. Levin | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 67 | 3/9/2017 | Shanon Levin | File and task review; meet w/ Dhaubert | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 68 | 3/15/2017 | Dynah Haubert | Reviewed Judge Pappert's procedures | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 69 | 3/15/2017 | Dynah Haubert | TC to client (w/ SL) re: change in representation, next steps | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 70 | 3/15/2017 | Dynah Haubert | TC w/ SL re: setting up next meeting w/ client, retainer agreement | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 71 | 3/15/2017 | Dynah Haubert | TCs with adjuster N Gargano re: coverage, earliest date client addressed the issue | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 72 | 3/15/2017 | Shanon Levin | T/c w/ client and meet with DHaubert re same | 0.4 | 0.4 | $ 355 | $ 142.00 | |
| 73 | 3/16/2017 | Dynah Haubert | Left VM and emailed C. Block; conferred w/ SL re same | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 74 | 3/16/2017 | Shanon Levin | Confer w/ DH re C Block | 0.1 | 0.1 | $ 355 | $ 35.50 | |
| 75 | 3/17/2017 | Dynah Haubert | TC w/ C. Block re settlement possibilities (ramp to patio) | 0.6 | 0.6 | $ 200 | $ 120.00 | |
| 76 | 3/17/2017 | Dynah Haubert | Conferred w/ SL re C. Block TC, response | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 77 | 3/17/2017 | Dynah Haubert | Emailed client re: retainer and setting up teleconference | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 78 | 3/17/2017 | Shanon Levin | Review complaint (.1); research (.1); meet w/ DHaubert re t/c from Defendant and next steps (.4) | 0.6 | 0.6 | $ 355 | $ 213.00 | |
| 79 | 3/21/2017 | Dynah Haubert | TC w/ C. Block re settlement possibilities (required architectural mods, atty fees) and ext of time to answer | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 80 | 3/21/2017 | Dynah Haubert | Emailed client re: retainer and teleconference | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 81 | 3/21/2017 | Dynah Haubert | Drafted list of all steps necessary for full relief | 1 | 1 | $ 200 | $ 200.00 | |
| 82 | 3/21/2017 | Dynah Haubert | Review entries of appearance and fwd to docket filing | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 83 | 3/21/2017 | Dynah Haubert | Confer W/ SL re TC w/ C. Block and relief list | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 84 | 3/21/2017 | Dynah Haubert | Update retainer and email same to client for signature | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 85 | 3/21/2017 | Shanon Levin | Meet w/ DHaubert re settlement possibility | 0.2 | 0.2 | $ 355 | $ 71.00 | |

| # | Date | Name | Description | Hours | Billed | Rate | Total | Category |
|---|---|---|---|---|---|---|---|---|
| 86 | 3/22/2017 | Dynah Haubert | Confer w/ admin staff re: service addresses of unrepresented defendants; email SL re same | 0.5 | 0.5 | $ 200 | $ 100.00 | Complaint |
| 87 | 3/22/2017 | Dynah Haubert | Draft and edit full relief list; send same to SL | 0.8 | 0.8 | $ 200 | $ 160.00 | |
| 88 | 3/22/2017 | Dynah Haubert | TC w/ A. Goldstein re Garces Restaurant Group | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 89 | 3/22/2017 | Dynah Haubert | Confer with S. Levin and R. Iacullo re obligation of Garces RG under Title III | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 90 | 3/22/2017 | Rocco Iacullo | confer w/ SL and DH re Garces RG Title III oblg. | 0.2 | 0.2 | $ 305 | $ 61.00 | |
| 91 | 3/22/2017 | Dynah Haubert | Confer w/ SL re defense counsel TCs | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 92 | 3/22/2017 | Shanon Levin | Meet w/ DHaubert re calls from defense counsel | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 93 | 3/22/2017 | Shanon Levin | Meet w/ DHaubert and RIacullo re dismissal of parties/re obligation of Garces RG under Title III | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 94 | 3/23/2017 | Dynah Haubert | Emailed with J. Kinkopf re: Stipulation to extend time to respond and setting up teleconference | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 95 | 3/23/2017 | Dynah Haubert | Emailed with P. Buchanan re: Stipulation to extend time to respond | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 96 | 3/23/2017 | Shanon Levin | Review filings and correspondence; review photos of ADA violations | 0.8 | 0.8 | $ 355 | $ 284.00 | Discovery Related |
| 97 | 3/24/2017 | Dynah Haubert | Review defendants' disclosure statements and send to docket filing | 0.1 | 0 | $ 200 | $ - | Discovery Related |
| 98 | 3/24/2017 | Dynah Haubert | TC w/J.Kinkopf re resolution possibilities (.2); email & confer w/ S. Levin re same (.5) | 0.7 | 0.7 | $ 200 | $ 140.00 | |
| 99 | 3/24/2017 | Shanon Levin | Emails w/ DHaubert re settlement and meet w/ DHaubert re same | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 100 | 3/28/2017 | Dynah Haubert | Review Judge's procedure re Rule 26 f meeting and email counsel to schedule same | 0.5 | 0.5 | $ 200 | $ 100.00 | Discovery Related |
| 101 | 3/28/2017 | Dynah Haubert | Emailed w/ J. Kinkopf to arrange teleconference re: possibilities for settlement | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 102 | 3/28/2017 | Dynah Haubert | Discussion w/ SLevin re Rule 26(f) and settlement | 0.2 | 0 | $ 200 | $ - | Discovery Related |
| 103 | 3/28/2017 | Shanon Levin | Discussions w/ DHaubert re Rule 26(f) and settlement | 0.2 | 0 | $ 355 | $ - | Discovery Related |
| 104 | 3/29/2017 | Shanon Levin | Review and discuss settlement offer; research re prevailing party | 1.4 | 1.4 | $ 355 | $ 497.00 | |
| 105 | 3/30/2017 | Dynah Haubert | Confer w/S. Levin re next steps; strategy | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 106 | 3/30/2017 | Shanon Levin | Meet w/ DHaubert re settlement strategy | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 107 | 4/3/2017 | Dynah Haubert | Review parking lot plan provided by C. Block to determine ADA compliance/info needed | 0.9 | 0.9 | $ 200 | $ 180.00 | Discovery Related |
| 108 | 4/3/2017 | Dynah Haubert | Review ramp plan provided by C. Block to determine ADA compliance/info needed | 1.2 | 1.2 | $ 200 | $ 240.00 | Discovery Related |
| 109 | 4/3/2017 | Dynah Haubert | TC re settlement incl. arch. barriers w/ J. Kinkopf & C. Block (.6); confer w/ SL re same (.4) | 1 | 1 | $ 200 | $ 200.00 | |
| 110 | 4/3/2017 | Dynah Haubert | Research & draft confirming email (incl. detail re each arch. barrier) to J. Kinkopf | 1.3 | 1.3 | $ 200 | $ 260.00 | |
| 111 | 4/3/2017 | Shanon Levin | Meet w/ DHaubert re settlement and t/c w/ counsel re same | 1 | 1 | $ 355 | $ 355.00 | |
| 112 | 4/3/2017 | Shanon Levin | Review emails to counsel re summary | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 113 | 4/4/2017 | Shanon Levin | Rule 26(f) prep | 0.3 | 0 | $ 355 | $ - | Discovery Related |
| 114 | 4/5/2017 | Dynah Haubert | Review Rule 26f;Judge's procedures;and local rules in prep for meeting w/ S. Levin re: Rule26f conference | 0.3 | 0.3 | $ 200 | $ 60.00 | Discovery Related |
| 115 | 4/5/2017 | Dynah Haubert | Meet w/ S. Levin to prep for Rule 26f conference | 0.3 | 0 | $ 200 | $ - | Discovery Related |
| 116 | 4/5/2017 | Dynah Haubert | Draft discovery outline incl. subject areas for document requests | 1.2 | 0 | $ 200 | $ - | Discovery Related |
| 117 | 4/6/2017 | Dynah Haubert | Review &respond to emails among counsel re rescheduling 26f meeting | 0.3 | 0.3 | $ 200 | $ 60.00 | Discovery Related |
| 118 | 4/6/2017 | Shanon Levin | Review discovery plan and emails re same | 0.9 | 0 | $ 355 | $ - | Discovery Related |
| 119 | 4/11/2017 | Dynah Haubert | Review updated ramp plans for ADA compliance and draft email to J. Kinkopf re: same | 2 | 2 | $ 200 | $ 400.00 | Discovery Related |
| 120 | 4/11/2017 | Dynah Haubert | Confer w/ R. Iacullo re: settlement possibilities, ramp plans | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 121 | 4/11/2017 | Dynah Haubert | Email w/ J. Kinkopf re: scheduling 26f | 0.3 | 0.3 | $ 200 | $ 60.00 | Discovery Related |

| # | Date | Name | Description | Hours | Billable | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| 122 | 4/11/2017 | Rocco Iacullo | Confer w/ D. Haubert re: settlement possibilities, ramp plans | 0.3 | 0.3 | $ 305 | $ 91.50 | |
| 123 | 4/12/2017 | Dynah Haubert | Email w/ M. Leahy re retainer and to arrange TC | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 124 | 4/13/2017 | Dynah Haubert | TC w/ M. Leahy re case updates (.4); notes re same (.2) | 0.6 | 0.6 | $ 200 | $ 120.00 | |
| 125 | 4/17/2017 | Dynah Haubert | Email w/ M. Leahy re retainer; file same | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 126 | 4/18/2017 | Dynah Haubert | Email w/ counsel re scheduling 26(f) | 0.1 | 0.1 | $ 200 | $ 20.00 | Discovery Related |
| 127 | 4/18/2017 | Dynah Haubert | Review docs and info from J. Kinkopf re Walnut St. ramp(.2); confer w S. Levin re: same | 0.4 | 0.4 | $ 200 | $ 80.00 | Discovery Related |
| 128 | 4/18/2017 | Shanon Levin | Confer w/ DH re info from counsel re Walnut St. ramp | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 129 | 4/19/2017 | Dynah Haubert | Review info from J. Kinkopf re Walnut St. ramp, other architectural barriers for ADA compliance | 1.3 | 1.3 | $ 200 | $ 260.00 | |
| 130 | 4/20/2017 | Dynah Haubert | Calculate updated time & attorneys fees | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 131 | 4/20/2017 | Dynah Haubert | Review parking lot plans and photos sent by J. Kinkopf for ADA compliance (.3); conference w/ R. Iacullo re: same (.9) | 1.1 | 1.1 | $ 200 | $ 220.00 | Discovery Related |
| 132 | 4/20/2017 | Rocco Iacullo | Confer w/ DH re parking lot compliance | 0.8 | 0.8 | $ 305 | $ 244.00 | |
| 133 | 4/20/2017 | Dynah Haubert | Rule 26(f)/ settlement teleconference | 1 | 1 | $ 200 | $ 200.00 | Discovery Related |
| 134 | 4/20/2017 | Dynah Haubert | Meet w/ SLevin re: discovery and settlement | 0.2 | 0 | $ 200 | $ - | Discovery Related |
| 135 | 4/20/2017 | Shanon Levin | Prepare for and attend Rule 26(f) conference | 1 | 0 | $ 355 | $ - | Discovery Related |
| 136 | 4/20/2017 | Shanon Levin | Meet w/ DHaubert re discovery and settlement | 0.2 | 0 | $ 355 | $ - | Discovery Related |
| 137 | 4/21/2017 | Dynah Haubert | Edit Stip. for ext of time to reflect counsels' convo.; confer w/ S. Levin re: same; circulate same via email | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 138 | 4/21/2017 | Dynah Haubert | Review all plans provided to date and confer w/ R. Iacullo re: same | 0.8 | 0.8 | $ 200 | $ 160.00 | |
| 139 | 4/21/2017 | Shanon Levin | Review proposed stipulation; meet w/ DHaubert re same | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 140 | 4/21/2017 | Rocco Iacullo | Confer w/ DH re architectural plans | 0.8 | 0.8 | $ 305 | $ 244.00 | |
| 141 | 4/26/2017 | Dynah Haubert | Research and draft reply to J. Kinkopf re: parking lot, rear door and ramp surface | 1.2 | 1.2 | $ 200 | $ 240.00 | Discovery Related |
| 142 | 4/26/2017 | Shanon Levin | Prepare consent decree | 1.7 | 1.7 | $ 355 | $ 603.50 | |
| 143 | 4/26/2017 | Shanon Levin | Email correspondence re discovery plan | 0.2 | 0 | $ 355 | $ - | Discovery Related |
| 144 | 4/28/2017 | Dynah Haubert | Review S. Levin's draft of consent decree | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 145 | 4/28/2017 | Dynah Haubert | Draft discovery plan | 2.1 | 2.1 | $ 200 | $ 420.00 | Discovery Related |
| 146 | 4/28/2017 | Dynah Haubert | Draft Pl's initial disclosures | 0.4 | 0.4 | $ 200 | $ 80.00 | Discovery Related |
| 147 | 5/1/2017 | Dynah Haubert | Meet w/ Slevin re: Rule 26(f) plan and review/edit draft plan | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 148 | 5/1/2017 | Shanon Levin | Meet w/ DHaubert re Rule 26(f) plan and review/edit draft plan | 0.4 | 0 | $ 355 | $ - | Discovery Related |
| 149 | 5/2/2017 | Shanon Levin | Review letter from defense counsel | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 150 | 5/3/2017 | Dynah Haubert | Draft timeline of pre-filing communications w/ Defs for SL | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 151 | 5/3/2017 | Dynah Haubert | Review & edit S. Levin letter to Judge | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 152 | 5/3/2017 | Shanon Levin | Emails re Rule 26(f) conference | 0.2 | 0 | $ 355 | $ - | Discovery Related |
| 153 | 5/4/2017 | Dynah Haubert | Edit & finalize initial disclosures | 0.4 | 0.4 | $ 200 | $ 80.00 | Discovery Related |
| 154 | 5/4/2017 | Dynah Haubert | Attend teleconference with counsel & judge | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 155 | 5/4/2017 | Dynah Haubert | Meet w/ SLevin re court conference, outcome, and strategy | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 156 | 5/4/2017 | Shanon Levin | Meet w/ DHaubert re court conference, outcome, and strategy | 0.4 | 0.4 | $ 355 | $ 142.00 | |
| 157 | 5/5/2017 | Dynah Haubert | Draft consent decree | 1.4 | 1.4 | $ 200 | $ 280.00 | |
| 158 | 5/5/2017 | Dynah Haubert | Review court order; meet w/ SLevin re next steps | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 159 | 5/5/2017 | Shanon Levin | Review court order; meet w/ DHaubert re next steps | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 160 | 5/8/2017 | Dynah Haubert | Draft consent decree | 3.8 | 3.8 | $ 200 | $ 760.00 | |
| 161 | 5/9/2017 | Dynah Haubert | Draft& edit Consent Decree | 1.2 | 1.2 | $ 200 | $ 240.00 | |
| 162 | 5/9/2017 | Dynah Haubert | Confer w/ S. Levin re consent decree | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 163 | 5/9/2017 | Dynah Haubert | TC w/ client re case updates, consent decree | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 164 | 5/9/2017 | Shanon Levin | Review emails and meet w/ DHaubert re next steps, consent decree | 0.2 | 0.2 | $ 355 | $ 71.00 | |

| # | Date | Name | Description | Hours | Billable | Rate | | Amount | | Category |
|---|---|---|---|---|---|---|---|---|---|---|
| 165 | 5/10/2017 | Dynah Haubert | Draft & edit consent decree | 0.8 | 0.8 | $ | 200 | $ | 160.00 | |
| 166 | 5/10/2017 | Dynah Haubert | Meet w/ SLevin re consent decree and experts | 0.2 | 0.2 | $ | 200 | $ | 40.00 | |
| 167 | 5/10/2017 | Shanon Levin | Meet w/ DHaubert re consent decree and experts | 0.2 | 0.2 | $ | 355 | $ | 71.00 | |
| 168 | 5/11/2017 | Dynah Haubert | Calculate attorneys fees | 0.2 | 0.2 | $ | 200 | $ | 40.00 | |
| 169 | 5/11/2017 | Dynah Haubert | Meet w/ SLevin re status and t/c w/ client | 0.5 | 0.5 | $ | 200 | $ | 100.00 | |
| 170 | 5/11/2017 | Shanon Levin | Meet w/ DHaubert re status and t/c w/ client | 0.5 | 0.5 | $ | 355 | $ | 177.50 | |
| 171 | 5/19/2017 | Dynah Haubert | TC w/ R Thomas re: consulting on case | 0.2 | 0.2 | $ | 200 | $ | 40.00 | |
| 172 | 5/23/2017 | Dynah Haubert | Revise rept of rule 26 f meeting/status rept and send to opposing counsel | 0.3 | 0.3 | $ | 200 | $ | 60.00 | Discovery Related |
| 173 | 5/23/2017 | Dynah Haubert | Draft requests for admission | 0.8 | 0.8 | $ | 200 | $ | 160.00 | Discovery Related |
| 174 | 5/24/2017 | Dynah Haubert | Draft RFAs | 0.9 | 0.9 | $ | 200 | $ | 180.00 | Discovery Related |
| 175 | 5/25/2017 | Dynah Haubert | Review 2401 Defs' Answer | 0.3 | 0.3 | $ | 200 | $ | 60.00 | Discovery Related |
| 176 | 5/25/2017 | Dynah Haubert | Review Garces' Answer | 0.3 | 0.3 | $ | 200 | $ | 60.00 | Discovery Related |
| 177 | 5/25/2017 | Dynah Haubert | Revise 26(f) report and email to defs' counsel | 0.2 | 0.2 | $ | 200 | $ | 40.00 | Discovery Related |
| 178 | 5/25/2017 | Dynah Haubert | Meet w/ SLevin re discovery and answer | 0.5 | 0.5 | $ | 200 | $ | 100.00 | Discovery Related |
| 179 | 5/25/2017 | Shanon Levin | Meet w/ DHaubert re discovery and answer | 0.5 | 0 | $ | 355 | $ | - | Discovery Related |
| 180 | 5/26/2017 | Dynah Haubert | Prepare discovery requests | 0.7 | 0.7 | $ | 200 | $ | 140.00 | Discovery Related |
| 181 | 5/30/2017 | Dynah Haubert | Draft interrogatories | 1.3 | 1.3 | $ | 200 | $ | 260.00 | Discovery Related |
| 182 | 5/31/2017 | Dynah Haubert | Draft reqs. for admission, interrogatories,and doc. requests | 5.1 | 5.1 | $ | 200 | $ | 1,020.00 | Discovery Related |
| 183 | 6/1/2017 | Shanon Levin | Review and revise discovery requests | 1.2 | 0 | $ | 355 | $ | - | Discovery Related |
| 184 | 6/2/2017 | Dynah Haubert | Edit RFAs | 1.6 | 0 | $ | 200 | $ | - | Discovery Related |
| 185 | 6/2/2017 | Shanon Levin | Review and revise discovery requests | 1.2 | 0 | $ | 355 | $ | - | Discovery Related |
| 186 | 6/5/2017 | Dynah Haubert | Meet w/ SLevin re discovery requests and court conference | 0.4 | 0 | $ | 200 | $ | - | Discovery Related |
| 187 | 6/5/2017 | Dynah Haubert | Draft 1st Interrogs, RFA, Doc Requests to all defs. | 5.3 | 0 | $ | 200 | $ | - | Discovery Related |
| 188 | 6/5/2017 | Shanon Levin | Meet w/ DHaubert re discovery requests and court conference | 0.4 | 0 | $ | 355 | $ | - | Discovery Related |
| 189 | 6/6/2017 | Dynah Haubert | Draft 1st Interrogs, RFA, Doc Requests to all defs. | 2.6 | 0 | $ | 200 | $ | - | Discovery Related |
| 190 | 6/14/2017 | Dynah Haubert | Review J's procedures and fed/local rules to prep for rule 16 conference | 0.3 | 0.3 | $ | 200 | $ | 60.00 | Discovery Related |
| 191 | 6/15/2017 | Dynah Haubert | Confer w/ SL to prep for Rule 16 conference | 0.2 | 0.2 | $ | 200 | $ | 40.00 | Discovery Related |
| 192 | 6/15/2017 | Dynah Haubert | Review docs to prep for Rule 16 conference | 1 | 1 | $ | 200 | $ | 200.00 | Discovery Related |
| 193 | 6/15/2017 | Shanon Levin | Prepare w/ DHaubert re Rule 16 Conference | 0.2 | 0.2 | $ | 355 | $ | 71.00 | Discovery Related |
| 194 | 6/16/2017 | Dynah Haubert | Rule 16 conference | 0.3 | 0.3 | $ | 200 | $ | 60.00 | Discovery Related |
| 195 | 6/16/2017 | Dynah Haubert | Confer w/ S Levin re Rule 16 conference, next steps | 0.2 | 0.2 | $ | 200 | $ | 40.00 | Discovery Related |
| 196 | 6/16/2017 | Shanon Levin | Confer w/ DHaubert re Rule 16 conference and strategy | 0.2 | 0.2 | $ | 355 | $ | 71.00 | Discovery Related |
| 197 | 6/19/2017 | Dynah Haubert | Confer w/ S Levine re: experts | 0.3 | 0.3 | $ | 200 | $ | 60.00 | |
| 198 | 6/19/2017 | Dynah Haubert | Confer w/ Dhaubert re : experts | 0.3 | 0.3 | $ | 200 | $ | 60.00 | |
| 199 | 6/28/2017 | Shanon Levin | Consider status and strategy; review email correspondance | 0.4 | 0.4 | $ | 355 | $ | 142.00 | |
| 200 | 6/29/2017 | Shanon Levin | Meet w/ DHaubert re conference w/ Judge | 0.2 | 0.2 | $ | 355 | $ | 71.00 | |
| 201 | 6/29/2017 | Dynah Haubert | meet w/ SL re conference w/ Judge | 0.2 | 0.2 | $ | 200 | $ | 40.00 | |
| 202 | 6/30/2017 | Dynah Haubert | TC to client to update | 0.2 | 0.2 | $ | 200 | $ | 40.00 | |
| 203 | 6/30/2017 | Kelly Darr | Meeting w/ DH re: fees | 0.2 | 0.2 | $ | 355 | $ | 71.00 | |
| 204 | 6/30/2017 | Dynah Haubert | Discuss fees w/ KD | 0.2 | 0.2 | $ | 200 | $ | 40.00 | |
| 205 | 7/6/2017 | Dynah Haubert | Prepare settlement memo | 1.4 | 1.4 | $ | 200 | $ | 280.00 | |
| 206 | 7/6/2017 | Shanon Levin | Review and revise settlement memo; review defs' changes to consent decree and meet w/ Dhaubert re same | 1.9 | 1.9 | $ | 355 | $ | 674.50 | |
| 207 | 7/6/2017 | Dynah Haubert | Meet w/ SL re changes to CD | 0.6 | 0.6 | $ | 200 | $ | 120.00 | |
| 208 | 7/7/2017 | Shanon Levin | Prep for and attend settlement conference | 2.7 | 2.7 | $ | 355 | $ | 958.50 | |
| 209 | 7/7/2017 | Dynah Haubert | Prep, attend settlement conference | 2.5 | 2.5 | $ | 200 | $ | 500.00 | |
| 210 | 7/7/2017 | Shanon Levin | Review and respond to emails; comment on draft communications | 0.2 | 0.2 | $ | 355 | $ | 71.00 | |
| 211 | 7/10/2017 | Shanon Levin | Meet w/ DHaubert re strategy | 0.2 | 0.2 | $ | 355 | $ | 71.00 | |

| # | Date | Name | Description | Hours | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|
| 212 | 7/10/2017 | Dynah Haubert | Confer w/ SL re strategy | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 213 | 7/11/2017 | Dynah Haubert | TC w/ MJ Hey and counsel re exhibits (.3); draft letter to DMccomb clarifying what we need for exhibits | 1.7 | 1.7 | $ 200 | $ 340.00 | |
| 214 | 7/11/2017 | Dynah Haubert | Confer / SL re court conference | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 215 | 7/11/2017 | Shanon Levin | Confer w/ DHaubert re conference with Court | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 216 | 7/11/2017 | Shanon Levin | Emails re consent decree exhibits; draft correspondence; review defs' consent decree | 1.2 | 1.2 | $ 355 | $ 426.00 | |
| 217 | 7/12/2017 | Dynah Haubert | Continue drafting letter (.4); confer re same w SL (.2) | 0.6 | 0.6 | $ 200 | $ 120.00 | |
| 218 | 7/12/2017 | Dynah Haubert | Review defs' exhibits provided today | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 219 | 7/12/2017 | Dynah Haubert | Emails and TC w/ DMccomb re curb in parking lot | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 220 | 7/12/2017 | Dynah Haubert | TC w/ counsel and Magistrate re settlement next steps | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 221 | 7/12/2017 | Shanon Levin | Review and comment on letter to Judge; meet w/ DHaubert re court conference and strategy | 0.4 | 0.4 | $ 355 | $ 142.00 | |
| 222 | 7/26/2017 | Dynah Haubert | TC w/ R Thomas re: update on his evaluation; notes/email to S Levin re same | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 223 | 7/31/2017 | Dynah Haubert | Draft email to OC re today's conference and issues to discuss | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 224 | 7/31/2017 | Dynah Haubert | Attend teleconference w/ magistrate judge re status | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 225 | 8/1/2017 | Dynah Haubert | Edit proposed consent decree | 1.9 | 1.9 | $ 200 | $ 380.00 | |
| 226 | 8/2/2017 | Dynah Haubert | TC w/ expert R Thomas re his review of site & exhibits | 1 | 1 | $ 200 | $ 200.00 | |
| 227 | 8/2/2017 | Dynah Haubert | Revise & analyze notes from call w/ expert | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 228 | 8/3/2017 | Dynah Haubert | Confer w. SL re expert's recommendations | 1 | 1 | $ 200 | $ 200.00 | |
| 229 | 8/3/2017 | Dynah Haubert | Edits to CD | 1 | 1 | $ 200 | $ 200.00 | |
| 230 | 8/3/2017 | Shanon Levin | Meet w/ DH re expert's recommendations | 1 | 1 | $ 355 | $ 355.00 | |
| 231 | 8/4/2017 | Dynah Haubert | Make edits to CD to incorporate expert recommendations | 1.6 | 1.6 | $ 200 | $ 320.00 | |
| 232 | 8/4/2017 | Dynah Haubert | Confer w/ SL re edits to CD | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 233 | 8/4/2017 | Dynah Haubert | Final edits to CD, gather and verify labels on all exhibits | 0.7 | 0.7 | $ 200 | $ 140.00 | |
| 234 | 8/4/2017 | Shanon Levin | Review and comment on consent decree; meet w/ DHaubert re expert's comments | 0.7 | 0.7 | $ 355 | $ 248.50 | |
| 235 | 8/8/2017 | Dynah Haubert | Corr. w/ client re CD | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 236 | 8/8/2017 | Dynah Haubert | Gather CD & exhibits and email to OC | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 237 | 8/14/2017 | Dynah Haubert | Teleconference w/ OC and C. Block re changes to consent decree (.6); report to SL re same (.1) | 0.7 | 0.7 | $ 200 | $ 140.00 | |
| 238 | 8/14/2017 | Shanon Levin | Meet w/ DHaubert re conference w/ defense counsel | 0.1 | 0.1 | $ 355 | $ 35.50 | |
| 239 | 8/15/2017 | Dynah Haubert | Followup from 8/14 TC: edit consent decree, research re 2401's concerns re lot, email expert R. Thomas re lot | 0.7 | 0.7 | $ 200 | $ 140.00 | |
| 240 | 8/15/2017 | Dynah Haubert | Review and incorporate defendant Garces' changes to consent decree | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 241 | 8/16/2017 | Dynah Haubert | TC w/ R. Thomas re parking lot concerns (.2), notes to file re same (.2) | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 242 | 8/21/2017 | Dynah Haubert | draft email to OC AND JOINT STATUS REPORT .2; CONFERW/ sl RE SAME.2 | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 243 | 8/21/2017 | Dynah Haubert | Draft status report addendum .3; confer w/ SL re same .2 | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 244 | 8/21/2017 | Shanon Levin | Meet w/ DHaubert re status; review and revise Status Report | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 245 | 8/22/2017 | Dynah Haubert | Confer w/ SL re status report to court | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 246 | 8/22/2017 | Shanon Levin | Review and comment on revised consent decree; meet w/ DHaubert re status report to judge | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 247 | 8/22/2017 | Dynah Haubert | review SL edits to CD | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 248 | 8/23/2017 | Shanon Levin | Confer w/ DH re CD, conference | 0.1 | 0.1 | $ 355 | $ 35.50 | |
| 249 | 8/23/2017 | Dynah Haubert | Confer w/ SL re consent decree, conference | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 250 | 8/23/2017 | Dynah Haubert | Teleconference w/ OC and Judge Hey re: consent decree & fees | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 251 | 8/23/2017 | Dynah Haubert | review new info and exhibits from 2401 defs | 0.5 | 0.5 | $ 200 | $ 100.00 | |

| # | Date | Name | Description | Hours | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| 252 | 8/24/2017 | Dynah Haubert | Draft email to OC re CD edits, parking lot, and fees, incl. calculating fees to date | 1.1 | 1.1 | $ 200 | $ 220.00 | |
| 253 | 8/24/2017 | Dynah Haubert | Edits to CD per latest evidence from 2401; gather corresponding exhibits | 0.8 | 0.8 | $ 200 | $ 160.00 | |
| 254 | 8/25/2017 | Dynah Haubert | Research re parking lot pedestrian route designation .2; email SL re sharing CD with defendants .3 | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 255 | 8/28/2017 | Dynah Haubert | TC w/ DMcComb and C. Block re CD changes .3; TC w/ OC and Judge Hey re status of negotiations .2, TC w/ Judge Hey at her request re: CD and fees .1; write notes to file re calls .2 | 0.8 | 0.8 | $ 200 | $ 160.00 | |
| 256 | 8/29/2017 | Dynah Haubert | Email R. Thomas re invoice and fees for future review .2; email SL re same.1 | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 257 | 8/30/2017 | Dynah Haubert | Review 2401 new exhibits and edits to CD and research in ADA standards re same; email OC re same | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 258 | 8/30/2017 | Dynah Haubert | TC w/ expert R Thomas re invoice | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 259 | 8/30/2017 | Dynah Haubert | Meet w/ SL re remaining issues on CD and fees | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 260 | 8/30/2017 | Shanon Levin | Confer w/ DH re remaining issues | 0.3 | 0.3 | $ 355 | $ 106.50 | |
| 261 | 8/31/2017 | Dynah Haubert | Draft email to OC re their CD edits; confer w/ SL re same | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 262 | 8/31/2017 | Dynah Haubert | Review and accept as applicable 2401's redlines to CD; ensure correct updated set of exhibits | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 263 | 8/31/2017 | Shanon Levin | Meet w/ DHaubert re settlement | 0.1 | 0.1 | $ 355 | $ 35.50 | |
| 264 | 9/19/2017 | Dynah Haubert | Review latest correspondence; discuss same w/ SL (.1); email OC re status | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 265 | 9/21/2017 | Dynah Haubert | Draft email to Judge Hey re: case status, requesting conference | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 266 | 9/21/2017 | Dynah Haubert | TC w/ OC re "ADA standards" provision in CD | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 267 | 9/28/2017 | Dynah Haubert | TC w/ OC and C Block before MJ Hey | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 268 | 9/29/2017 | Dynah Haubert | Update SL on call w/ Judge Hey | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 269 | 9/29/2017 | Shanon Levin | Meet w/ DHaubert re status and strategy | 0.1 | 0.1 | $ 355 | $ 35.50 | |
| 270 | 10/2/2017 | Dynah Haubert | Review CD and fee info for call w/ Judge Hey, incl. calculating latest fees | 0.6 | 0.6 | $ 200 | $ 120.00 | |
| 271 | 10/3/2017 | Dynah Haubert | Meet w/ SL to prep for call .2; TC w/ Judge Hey at her request, .3 | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 272 | 10/3/2017 | Shanon Levin | Confer w/ DHaubert re strategy; t/c w/ Judge Hey | 0.5 | 0.5 | $ 355 | $ 177.50 | |
| 273 | 10/6/2017 | Shanon Levin | Confer w/ DHaubert re settlement | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 274 | 10/6/2017 | Dynah Haubert | TC from Judge Hey re 2401 proposal on CD & fees, .1; confer w/ SL re same, .2 | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 275 | 10/10/2017 | Shanon Levin | Confer w/ DHaubert re response to 2401 proposal | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 276 | 10/10/2017 | Dynah Haubert | Meet w/ SL re response to Judge Hey | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 277 | 10/10/2017 | Shanon Levin | Research re attorney fee awards | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 278 | 10/11/2017 | Dynah Haubert | TC w/ A Goldstein re: conference and her client's agreement with 2401, .1; confer w/ SL re response to Judge Hey, .1; draft email response to Judge Hey, .3 | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 279 | 10/11/2017 | Dynah Haubert | Review mgmt agreement btwn Garces Rest. Group and 2401, and letter re same from A Goldstein | 0.5 | 0.5 | $ 200 | $ 100.00 | Discovery Related |
| 280 | 10/11/2017 | Dynah Haubert | LVM for client asking to CB re case update | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 281 | 10/11/2017 | Shanon Levin | Confer w/ DHaubert re strategy; review and revise email to Judge Hey | 0.6 | 0.6 | $ 355 | $ 213.00 | |
| 282 | 10/12/2017 | Dynah Haubert | TC w/ client re case updates | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 283 | 10/12/2017 | Dynah Haubert | TC from Judge Hey re 2401's response re CD | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 284 | 10/12/2017 | Dynah Haubert | Email to client re CD language | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 285 | 10/12/2017 | Shanon Levin | Review notes of conversation w/ client and Judge Hey; review and revise draft email | 0.3 | 0.3 | $ 355 | $ 106.50 | |
| 286 | 10/13/2017 | Dynah Haubert | Meet w/ SL re strategy | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 287 | 10/13/2017 | Shanon Levin | Review email correspondence; meet w/ DHaubert re strategy | 0.5 | 0.5 | $ 355 | $ 177.50 | |

| # | Date | Name | Description | Hours | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|
| 288 | 10/16/2017 | Dynah Haubert | Review draft final CD from OC (.2), confer w/ SL re response (.2), draft language re fees & enforcement (.2) | 0.6 | 0.6 | $ 200 | $ 120.00 | |
| 289 | 10/16/2017 | Dynah Haubert | TC w/ Dave and C. Block re overhead sign | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 290 | 10/16/2017 | Dynah Haubert | Confer w/ SL re overhead sign | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 291 | 10/16/2017 | Shanon Levin | Meet w/ DHaubert re status and strategy; review Defs' Consent Decree and prepare Consent Decree language | 2 | 2 | $ 355 | $ 710.00 | |
| 292 | 10/16/2017 | Shanon Levin | Review email correspondence; prepare for conference; prepare email correspondence to opposing counsel and judge | 1.7 | 1.7 | $ 355 | $ 603.50 | |
| 293 | 10/17/2017 | Dynah Haubert | Attend status teleconference w/ OC and Judge Pappert | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 294 | 10/18/2017 | Dynah Haubert | Per D. McComb's request, edited consent decree formatting and verified correct identification of exhibits | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 295 | 10/17/2017 | Shanon Levin | Confer w/ DHaubert re status and strategy | 0.4 | 0.4 | $ 355 | $ 142.00 | |
| 296 | 10/17/2017 | Dynah Haubert | Meet w/ SL re case status, strategy | 0.4 | 0.4 | $ 200 | $ 80.00 | |
| 297 | 10/17/2017 | Shanon Levin | T/C w/ defense counsel | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 298 | 10/20/2017 | Dynah Haubert | TC w/ client re signing consent decree, timeline for modifications | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 299 | 10/23/2017 | Dynah Haubert | Per Mr. McComb's request, put together counterparts and email executed CD and exhibits to Judge Pappert | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 300 | 10/30/2017 | Shanon Levin | Meet w/ Dhaubert re fee offer | 0.1 | 0.1 | $ 355 | $ 35.50 | |
| 301 | 10/30/2017 | Dynah Haubert | Email to OC re fee offer, confer w/ SL re same (.1) | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 302 | 11/2/2017 | Dynah Haubert | Prepare DRP form for payment of invoice for R. Thomas's review of planned modifications | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 303 | 12/14/2017 | Shanon Levin | Review and comment on Status Report | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 304 | 12/18/2017 | Dynah Haubert | Review DMccomb's status letter (.2); attend status conference (.2); meet w/ SL re status conference (.2) | 0.6 | 0.6 | $ 200 | $ 120.00 | |
| 305 | 12/18/2017 | Shanon Levin | Meet w/ DHaubert re t/c w/ judge | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 306 | 12/22/2017 | Dynah Haubert | Review add'l photos from DMccomb (.2); emails re scheduling inspection w/architect and M Leahy (.3) | 0.5 | 0.5 | $ 200 | $ 100.00 | |
| 307 | 1/3/2018 | Dynah Haubert | Begin to draft fee motion | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 308 | 1/4/2018 | Dynah Haubert | Research & draft fee motion (.7); email w/ client re inspection (.1) | 0.8 | 0.8 | $ 200 | $ 160.00 | |
| 309 | 1/8/2018 | Dynah Haubert | TC w/ client to prep for site inspection | 0.2 | 0.2 | $ 200 | $ 40.00 | |
| 310 | 1/10/2018 | Dynah Haubert | Prepare for site inspection (review pictures/plans of modifications to be inspected and gather necessary materials and tools) | 0.6 | 0.6 | $ 200 | $ 120.00 | |
| 311 | 1/10/2018 | Dynah Haubert | Site inspection (including .6 travel b/w DRP office and site) | 1.5 | 1.5 | $ 200 | $ 300.00 | |
| 312 | 1/11/2018 | Shanon Levin | Meet w/ DHaubert re inspection | 0.2 | 0.2 | $ 355 | $ 71.00 | |
| 313 | 1/11/2018 | Dynah Haubert | Review results of site inspection (.5); review items with SLevin (.2); TC w/ client re issues to be reported to defs. (.1); email w/ RThomas re issues (.1); email OC re outstanding issues | 1 | 1 | $ 200 | $ 200.00 | |
| 314 | 1/16/2018 | Dynah Haubert | Email w/ DMccomb re CD compliance issues and review issues w/ RResnick | 0.3 | 0.3 | $ 200 | $ 60.00 | |
| 315 | 1/17/2018 | Dynah Haubert | Confer w/ SLevin re case updates | 0.1 | 0.1 | $ 200 | $ 20.00 | |
| 316 | 1/16/2018 | Dynah Haubert | Draft fee order | 1 | 1 | $ 200 | $ 200.00 | |
| 317 | 1/17/2018 | Dynah Haubert | Draft fee order and sections of fee petition | 3.3 | 3.3 | $ 200 | $ 660.00 | |
| 318 | 1/17/2018 | Shanon Levin | Meet w/ DHaubert re inspection | 0.1 | 0.1 | $ 355 | $ 35.50 | |
| 319 | 1/18/2018 | Dynah Haubert | Draft sections of fee petition | 4.3 | 4.3 | $ 200 | $ 860.00 | |
| 320 | 1/19/2018 | Dynah Haubert | Draft sections of fee petition | 1.9 | 1.9 | $ 200 | $ 380.00 | |
| 321 | 1/21/2018 | Dynah Haubert | Corr. w. expert re invoice (.1); draft sections of fee petition (1.5) | 1.6 | 1.6 | $ 200 | $ 320.00 | |
| 322 | 1/22/2018 | Dynah Haubert | Draft & edit sections of fee petition (2.1); identify exhibits to brief (.5); calculate fees to date (.4) | 3 | 3 | $ 200 | $ 600.00 | |

| # | Date | Attorney | Description | Hours | Adj. Hours | Rate | Total |
|---|------|----------|-------------|-------|------------|------|-------|
| 323 | 1/23/2018 | Dynah Haubert | Draft Haubert declaration for fee petition | 1.1 | 1.1 | $ 200 | $ 220.00 |
| 324 | 1/24/2018 | Dynah Haubert | Draft Darr declaration for fee petition | 0.7 | 0.7 | $ 200 | $ 140.00 |
| 325 | 1/24/2018 | Kelly Darr | Review itemized fees and exercise billing judgment | 0.4 | 0.4 | $ 355 | $ 142.00 |
| 326 | 1/29/2018 | Dynah Haubert | Edit fee brief, declarations, exhibits | 2.3 | 2.3 | $ 200 | $ 460.00 |
| | | | | | | | |
| **Total Reasonable Attorneys' Hours / Fees** | | | | **216.5** | **181.3** | | **$ 43,203.00** |