IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. LEAHY,<br><br>      *Plaintiff*,<br><br>v.<br><br>GARCES RESTAURANT GROUP LLC, *et al*<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 17-00968 |

## ORDER

**AND NOW**, this 17th day of May, 2018, upon consideration of Plaintiff's Motion for Attorneys' Fees, Litigation Expenses and Costs (ECF No. 43), Defendants' Response (ECF No. 44), and Plaintiff's Reply (ECF No. 46), it is hereby **ORDERED** that the Motion (ECF No. 43) is **GRANTED IN PART**. It if further **ORDERED** that:

1. 2401 Walnut Café, LLC, 2401 Walnut, LP, and Bedrock Group, Inc. must pay Disability Rights of Pennsylvania $43,203 in attorneys' fees and $1,245 in litigation expenses and costs within 30 days from the date of this Order.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.